Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAR 1 0 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

_____TRACY ANN GROTH_____ )
                                  )
_____ )
                                  )
_____ )
                                  )
   (Enter above the full name of Plaintiff(s))  )
                                  )
vs.                               )
                                  )
__National Credit Adjusters, LLC__ )   Case Number: __2:26-cv-2132-HLT-BGS__
Name                              )        (To be assigned by Clerk)
                                  )
__327 W 4th Ave_____ )
Street and number                )
                                  )
__Hutchinson Ks      67501_____ )
City        State        Zip Code  )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*,
      for employment discrimination on the basis of race, color, religion, gender, or
      national origin.
      **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et
      seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:**
      *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you
      must first file charges with the Equal Employment Opportunity Commission.*

☐    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
      for employment discrimination on the basis of disability.
      **NOTE:** *In order to bring suit in federal district court under the Americans with
      Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment
      Opportunity Commission.*

1

☐ Other (Describe)

_____

_____

_____

2.  If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____

(Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur?  Please give the date or time period:

_____May 2024 thru   November 2024_____

### ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☑ Yes   Date filed: ___11|27|2024_____

☐ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☐ Yes   Date filed: _____

☑ No

6.  Have you received a Notice of Right-to-Sue Letter?
☑ Yes ☐ No
If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8.  The conduct complained of in this lawsuit involves (check only those that apply):
    - ☐ failure to hire me
    - ☐ termination of my employment
    - ☐ failure to promote me
    - ☑ failure to accommodate my disability
    - ☐ terms and conditions of my employment differ from those of similar employees
    - ☑ retaliation
    - ☑ harassment
    - ☐ reduction in wages
    - ☐ other conduct (specify):

    _____

    _____

    _____

    Did you complain about this same conduct in your charge of discrimination?

    ☑ Yes    ☐ No

9.  I believe that I was discriminated against because of (check all that apply):

    - ☐ my race or color, which is _____
    - ☐ my religion, which is _____
    - ☐ my national origin, which is _____
    - ☑ my gender, which is ☐ male; ☑ female
    - ☐ my disability or perceived disability, which is _____
    - ☐ my age (my birth year is: _____)
    - ☐ other: _____

    Did you state the same reason(s) in your charge of discrimination?
    ☑ Yes    ☐ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    _____ SEE ATTACHED — _____

3

I am currently employed by National Credit Adjusters in Kansas. During my employment I was subjected to sexual harassment and a hostile work environment. I reported the harassment to management, but the company failed to take appropriate action to stop the behavior.

After reporting the harassment, I experienced retaliation and worsening treatment in the workplace. The situation caused significant emotional distress and worsened my anxiety and depression, as well as my existing medical conditions including rheumatoid arthritis and fibromyalgia.

I filed a charge of discrimination with the Equal Employment Opportunity Commission and received a Notice of Right to Sue. I am filing this lawsuit because the defendant violated Title VII of the Civil Rights Act and the Americans with Disabilities Act.

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

11.    The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☑ may still be being committed by Defendant.

12.                              Plaintiff:
    ☑ still works for Defendant
    ☐ no longer works for Defendant or was not hired

13.    If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes    ☑ No

Explain: _____

_____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
    ☐ Defendant be directed to employ Plaintiff
    ☐ Defendant be directed to re-employ Plaintiff
    ☐ Defendant be directed to promote Plaintiff
    ☑ Defendant be directed to ~~Stay This~~ CEASE Harassment And Retalition, provide A workplace free of Discrimination, And Award Damages for emotional Distriss And other relief 4 for The court Deems Approinate.

☑ Injunctive relief (please explain): An order Requiring Defendent to cease Harrassment and
☑ Monetary damages (please explain): Compensation for emotional Distress, pain, Retalition
☑ Costs and fees involved in litigating this case  And suffering from  and maintain
☑ As additional relief to make Plaintiff whole, Plaintiff  Defendents unlawful  a workplace
Conduct.  free of
Discrimination.

seeks: Any Additional Relief the court Deems just and proper.

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 5th day of March , 20 26 .

_____
Signature of Plaintiff

Tracy Grotit
Name (Print or Type)

211 S 6th St
Address

Sterling Ks 67579
City State Zip Code

316-558-7006
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☑ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
(Select One Location)
this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes  ☐ No
(Select One)

_____
Signature of Plaintiff

Dated: 3/5/2026
(Rev. 10/15)

5

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

*St Louis District Office*
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A and 161-B)

Issued On: 12/11/2025

**To:**    Tracy Groth
211 S. 6th St.
Sterling, KS 67579

**Re:**    *Tracy Groth v. National Credit Adjusters*
EEOC Charge Number:  28D-2025-00223

EEOC Representative and email:       Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document.  You should keep a record of the date you received this notice.  Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days.  (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis  12/11/2025
David Davis
District Director

cc:    Phillip Thompson
Jackson Lewis, P.C
7101 College Blvd., Ste. 1200
Overland Park, KS 66210



TRACY
(316) 558-7006
THE UPS STORE #6854
STE 102, NOT A RETURN ADDRESS FOR A
1441 E 30TH AVE
HUTCHINSON KS 67502-1235

1 LBS          1 OF 1
SHP WT: 1 LBS
DWT: 15,12,1
DATE: 09 MAR 2026

SHIP TO:
    US DISTRICT COURT
    CLERK OF COURT
    401 N MARKET ST

The UPS Store RFID Label
Tracking #
1Z7F84X4013072 2011

WICHITA   KS 67202-2089



KS 672 9-03

UPS NEXT DAY AIR          1
TRACKING #:  1Z 7F8 4X4 01 3072 2011



BILLING: P/P


REF #1: DR

MMYJAQ9UQCHZ9 ISH 13.00C ZZP 450 07.5V 02/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RAD R 0126